**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Brian L. Taylor a.k.a.

Bray Dohare

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Marc Sullivan

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.**      **Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name            Brian L. Taylor a.k.a. Bray Dohare

               Street Address   120 Vassar Avenue Apt # 3

               County, City     Essex County, Newark

               State & Zip Code  New Jersey  07112

               Telephone Number  862-340-9105

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Marc Sullivan_

Street Address _1055 Hudson Street_

County, City _Union County, Union_

State & Zip Code _New Jersey 07083_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions        [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Civil Rights Violations according to Age_ _and Disability._

-2-

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _(See Attached)_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _(See Attached)_

| | |
|---|---|
| What happened to you? | C.    Facts: _(See Attached)_ |
| Who did what? | |
| Was anyone else involved? | |
| Who else saw what happened? | |

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____ (See Attachd) _____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. (See Attached)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __15__ day of __August_____, 20__19__.

Signature of Plaintiff _____

Mailing Address __120 Vassar Avenue Apt # 3__

__Newark, New Jersey 07112__

Telephone Number __862-340-9105__

Fax Number *(if you have one)* _____

E-mail Address __taylormarium@aol.com__

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

## II. Basis for Jurisdiction:

A. The following Claim falls under the Case classification of a "Federal Question."

B. The "Federal Question" is as follows: Was Claimant Brian L. Taylor a.k.a. Bras Dobane's Constitutional Civil Rights violated on the afternoon of April 12, 2019?

## III. Statement of Claim:

A. COSTCO 1055 Hudson St. Union, NJ 07083.

B. The date of the occurrence was on 4/12/19 at approximately 4:30 PM.

C. **Facts:** On the afternoon of April 12, 2019 Claimant Brian L. Taylor a.k.a. Bras Dobane (a seven year "Decorated" Member of CDS) was terminated at CDS/Advantage Solutions (located in COSTCO of Union, NJ 07083) for insubordination by the Event Manager Marc Sullivan, which serves as the root of his discrimination Claim.

**Details:** As his shift was complete for the day at CDS/Advantage Solutions and he was on his way back to the office to clock out, when under duress he placed a phone-call to his other Store Manager (Shawndale Jackson) at Wilson's Leather Store (AM Retail) informing him that he was officially terminated from that job when his current, Event Manager (Marc Sullivan) saw him on the phone. He (Event Manager Sullivan then told him "What are you doing?" Taylor a.k.a. Dobane then said that "I just completed my shift." Event Manager Sullivan then said, "Did you punch out?" Taylor a.k.a. Dobane then said, "I'm on my way now." Event Manager Sullivan then said, "Get off of the phone!" Taylor a.k.a. Dobane then held his hand up because he was trying to hear Shawndale's complete reason for deciding to terminate him.

Taylor a.k.a. Dobane then hung up the phone and walked over to Event Manager Sullivan (to avoid creating a scene) and stated that "I cannot allow you to speak to me in such a demeaning tone, you don't know why I was on the phone." Event Manager Sullivan then said, "I can speak to you anyway I like." Taylor a.k.a. Dobane then said, "No you will not." Event Manager Sullivan then said, "Well, you're no longer working for the company then." Taylor a.k.a. Dobane then said "Fine." Taylor a.k.a. Dobane then proceeded to walk to the back office to punch out without protest (as all Store Cameras will show).

Now, as Taylor a.k.a. Dobane was leaving the store (after having clocked-out) he saw Event Manager Sullivan again and asked him for a copy of the store handbook. Event Manager Sullivan then stated that, "Copies are not allowed to leave my office and that if you're going to read it, it must be done within my office." Taylor a.k.a. Dobane then said, "No thanks, I'll be in touch with Tom (the District Manager) and exited the building (as all Store Cameras will show).

As a result of the Termination, Claimant Taylor a.k.a. Dobane, who has a Disability suffered a severe relapse of his symptoms after the prolonged and much sustained desperate treatment by Event Manager Sullivan to which he also seeks Personal Injury (Mental) relief as well as relief from Event Manager Sullivan's violation of the ADA or American With Disabilities Act.

No one else was involved.

At the present time Claimant Brian L. Taylor a.k.a. Bras Dobane states that he is not sure who witnessed the incident as he has not been back to CDS/Advantage Solutions (inside of COSTCO of Union) since his 4/12/19 termination and is/was/am not presently in communication with anyone from there.

## IV. Injuries:

Claimant Taylor a.k.a. Dobane now finds performing other (sought) forms of employment as nearly impossible, given the fact that he already suffers legally and clinically from Bi-Polar Disorder and Paranoid Schizophrenia. The classification of such disorders were first discovered, diagnosed and determined by The East Orange School District (for which he worked 10 years as a Teacher) through services rendered by a Dr. James Cowan and served as the basis for his termination back in 2009 which subsequently led to a Disability Retirement granting. Note, these two latest terminations served as both a necessary and collective attempt to try and resume his life, given these handicaps. However though honorable in aim, nonetheless sadly, both have proven to be counter-productive in terms of aiding him in his recovery which makes working in such conditions (and most) as virtually hopeless (to him) in terms of trust in his ability to perform (without hinderance), and two, uncertainty of employment circumstances, cultures, and clientele which are inevitable realities in most other forms of employment. Therefore, he should be precluded of such rigorous demands for at-least the foreseeable future, and possibly for good.

Further and, in support of these facts, he had even planned a possible return to the classroom, but instead changed his mind as the result of what occurred in compound on 4/11/19, (or termination from both jobs occurring two minutes apart from one another).

**V. Relief:**

The claimant thus far is asking for a settlement in excess of at-least 15 million dollars, or the amount of (a would be) 85k yearly salary over a twenty-to-twenty five year period plus comparable retirement occurring after, quality of life through a more conducive environment (perhaps relocation to another town, city, state or country) in order to prevent what would or could exacerbate or even trigger his condition again, the cost of living associated with such an/a (extremely possible) "move" or change of environment, the cost of living along with any and all associated (projected) inflation over that time, any and all missed professional opportunities associated or surrounding the termination and re-emergence of his condition, any cost of therapeutic practices or treatment not covered by any and all Health Insurance Providers (at the time),  the cost of his own personal Doctor and legal representative (because the claimant is in possession of vast amounts of Intellectual Property and must require at-least an Intellectual Property Attorney), who may have to travel or even live with him (as their sole client) along with comparable salary over that time, as well as well as an overall attempt to relieve him of any mental trauma brought-on by the conditions of his affliction and treatment sustained by him.